**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EARNEST JACOB and**     **PLAINTIFFS**
**HENRIETTA SMOTHERS**

**vs.**     **Case No. 4:06-CV-01007 GTE**

**THE BOARD OF DIRECTORS OF THE
LITTLE ROCK SCHOOL DISTRICT,
DR. ROY BROOKS, Superintendent of Schools,
TOM BROCK, School Director, Individually and as
a Candidate for School Board Office, and TONY
ROSE, Individually and as a candidate for school board
office, LILLIE BOUIE, as Director of Child Nutrition
Programs, and THE PULASKI COUNTY ELECTION
COMMISSION**     **DEFENDANTS**

**CHARLES ARMSTRONG & DIANNE CURRY**     **INTERVENORS**

## ORDER OF DISMISSAL

Pursuant to this Court's Order to Show Cause dated December 5, 2006, and upon Plaintiffs' submission of a precedent, presented to the Court by letter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint in this matter be, and it is hereby, DISMISSED WITH PREJUDICE. All pending motions in this case (docket no. 4 and 42) are hereby denied as moot.

IT IS SO ORDERED THIS   15th   day of December, 2006.

                                                         /s/Garnett Thomas Eisele
                                                       UNITED STATES DISTRICT JUDGE